

# U.S. District Court

## Texas Western - Austin

Receipt Date: May 28, 2024 12:42PM

James D. Boswell
521 County Rd 4873
Newark, TX 76071

Rcpt. No: 1714                Trans. Date: May 28, 2024 12:42PM                Cashier ID: #CR

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #486 | 05/28/2024 | $405.00 |

Total Due Prior to Payment:        $405.00
Total Tendered:                    $405.00
Total Cash Received:                 $0.00
Cash Change Amount:                  $0.00

**Comments**: 1:24-cv-00583 Boswell v. Abbott et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov